UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
NOV 1 3 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:24CR597 SRC/NCC** |
| v. ) | |
| ) | |
| JESUS FERRER-GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 23, 2024, in the Eastern District of Missouri, the defendant,

**JESUS FERRER-GUTIERREZ,**

an alien, was found in the United States after having been removed therefrom to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

### COUNT TWO

The Grand Jury further charges that:

On or about October 31, 2023, in St. Louis County, within the Eastern District of Missouri,

**JESUS FERRER-GUTIERREZ,**

the Defendant herein, in connection with the acquisition of a firearm, a Colt Model 1897, 45 ACP Pistol, Serial Number 910239, from 1776 Armory, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and/or fictitious written statement to 1776 Armory, which statement was intended and likely to deceive 1776 Armory, as to a fact material to the lawfulness of such sale of the said firearm to Defendant under Chapter 44 of Title 18, United States Code, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and on that Form 4473 Defendant stated he is not a prohibited person as a result of being an alien illegally or unlawfully present within the United States, when in fact, Defendant was an alien illegally or unlawfully present within the United States.

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney